IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>       Defendant. | Civil Action No. 1:24-cv-00527-JMC |

## ANSWER

Defendant U.S. Department of Justice hereby answers Plaintiff's Complaint (ECF No. 1) as follows:

The introductory paragraph to the Complaint consists of Plaintiff's characterization of its lawsuit, to which no response is required.

1. This paragraph contains Plaintiff's conclusions of law regarding jurisdiction, to which no response is required.

2. This paragraph contains Plaintiff's conclusions of law regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits the first sentence of this paragraph. The second sentence of this paragraph contains Plaintiff's conclusions of law, to which no response is required.

5. Denied. Defendant further avers that the emails identified by Judicial Watch in its March 21, 2024, press release announcing this lawsuit redacted the Deputy Attorney General's official government email address, not a non-government email address.

6. Defendant admits that it received a Freedom of Information Act ("FOIA") request from Plaintiff dated June 22, 2023. Defendant respectfully refers the Court to this request for a complete and accurate statement of its contents, and denies any allegations inconsistent with it.

7. Defendant admits the first sentence of this paragraph. Defendant denies all other allegations in paragraph 7.

8. Admitted.

9. Defendant incorporates its responses to paragraphs 1 through 8 as if fully stated herein.

10. The allegation in paragraph 10 consists of a legal conclusion, to which no response is required. To the extent a response is required, Defendant denies the allegation.

11. The allegations in paragraph 11 consist of legal conclusions, to which no response is required. To the extent a response is required, Defendant denies the allegations.

12. The allegation in paragraph 12 consists of a legal conclusion, to which no response is required.

The final paragraph of the Complaint constitutes a prayer for relief to which no response is required. To the extent a response is necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant hereby denies all allegations in Plaintiff's Complaint not expressly admitted or denied.

## **AFFIRMATIVE DEFENSE**

1.     Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions to the Freedom of Information Act, 5 U.S.C. § 552.

Dated:  April 3, 2024                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Clayton L. Bailey*
CLAYTON L. BAILEY (D.C. Bar #1644867)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: (202) 598-1226
Fax: (202) 616-8470
Email: clayton.l.bailey@usdoj.gov

*Attorneys for Defendant*